**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EARLIEN SLATER and** | : | |
| **GEORGE SLATER,** | : | **CIVIL ACTION** |
|        **Plaintiffs,** | : | |
| | : | |
|   **v.** | : | |
| | : | |
| **GENUARDI'S FAMILY** | : | |
| **MARKETS, et al.** | : | **No. 13-794** |
|        **Defendants.** | : | |

<u>**ORDER**</u>

**AND NOW**, this **24th** day of **September, 2014**, upon consideration of Defendants,

Safeway Inc. and Genuardi's Family Markets, L.P.'s Motion for Summary Judgment, Plaintiffs'

response thereto, Defendants' reply thereon and for the reasons provided in this Court's

September 24, 2014 Memorandum, it is hereby **ORDERED** that:

    1.     The motion (Document No. 18) is **GRANTED**.

    2.     Judgment is entered in favor of Defendants and against Plaintiffs on all counts.

    3.     The Clerk of Court is directed to close this case.

                     **BY THE COURT:**

                     _____

                     **Berle M. Schiller, J.**